IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUDY J. HEMPHILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-CV-2580 JAR/KGG |
| | ) |
| BEAUTY BRANDS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), Plaintiff Judy J. Hemphill and Defendant Beauty Brands, Inc. stipulate to the dismissal of the above-captioned matter, with prejudice, and with each party to bear their own costs.

Dated this 2 day of May 2012.

Respectfully Submitted,

| | |
|---|---|
| LAW OFFICE OF JOSEPH L. VAN ACKEREN, LLC | THE HALBROOK LAW FIRM P.C. |
| By: *[signature]* | By: *[signature]* |
| Joe L. Van Ackeren (KS #19224) | Karen M. Gleason   (KS #16866) |
| 9229 Ward Parkway, Suite 370 | Adam M. Siebers    (KS #24905) |
| Kansas City, Missouri 64114 | 3500 West 75th Street, Suite 300 |
| Telephone: 816-523-4667 ext. 109 | Prairie Village, Kansas 66208 |
| Facsimile: 816-523-5667 | Telephone: 913-529-1188 |
| Email: joe.vanackeren@att.net | Facsimile: 913-529-1199 |
| | Email: kgleason@halbrooklaw.com |
| | Email: asiebers@halbrooklaw.com |
| Attorneys for Plaintiff Judy J. Hemphill | Attorneys for Defendant Beauty Brands, Inc. |

{00087431.DOCX;-1}